JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CHORN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. CV 13-8519-GW(JEMx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon Plaintiff's Notice of Voluntary Dismissal [35], it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: February 3, 2014          BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE